NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEVEN R. KEENE, DOC #T29350,  )
             )
   Appellant,     )
             )
v.            )  Case No. 2D18-1064
             )
STATE OF FLORIDA,     )
             )
   Appellee.     )
_____)

Opinion filed January 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Steven R. Keene, pro se.


PER CURIAM.


     Affirmed.


KELLY, SLEET, and LUCAS, JJ., Concur.